UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILL CREAMER, | ) | |
| | ) | |
| Plaintiff, | ) | 1:05-CV-00626 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| LIBERTY MUTUAL FIRE INS., | ) | ORDER DISMISSING ACTION |
| | ) | PURSUANT TO STIPULATION |
| | ) | |
| Defendant | ) | |

Pursuant to the stipulation of the parties, the Complaint and counter claim are ordered dismissed with prejudice and with both sides bearing their own costs, expenses and attorneys fees.

Dated: June 26, 2006            /s/ OLIVER W. WANGER
                                _____
                                OLIVER W. WANGER
                                United States District Judge

1